UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80064-Cr-Marra/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JADOOMANEE RAMPADURATH,

        Defendant.
_____/

FILED by ___ D.C.
DEC 2 2 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Order of Reference (DE 64), filed December 3, 2008, from United States District Judge Kenneth A. Marra referring Defendant's *Ex Parte* Motion for Prior Approval of Fees for International Banking Expert (DE 63), filed November 30, 2008.

The Defendant is charged by Indictment (DE 24) with wire fraud in violation of 18 U.S.C. § 1343. Defendant's counsel was appointed under the CJA. In the Motion, the Defendant sought Court approval for an initial amount of $10,000.00 to fund the retention of an expert witness in domestic and international banking practices. On December 21, 2008, the Defendant filed a Notice of Withdrawal (DE 66) of the Motion on grounds that "[t]his matter is being resolved by way of a guilty plea." As such, the instant Motion should be denied as moot.

## RECOMMENDATION

Based upon the foregoing, this Court RECOMMENDS to the District Court that Defendant's *Ex Parte* Motion for Prior Approval of Fees for International Banking Expert

(DE 63) be DENIED as MOOT.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Kenneth A. Marra, within ten (10) days after being served with a copy. 28 U.S.C. § 636(b)(1)(c). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982), cert. denied, 460 U.S. 1087 (1983).

DONE and RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 22 day of December, 2008.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
Honorable Kenneth A. Marra
All counsel of record