UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80064-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JADOOMANEE RAMPADURATH,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion for Prior Approval of Fees for International Banking Expert [DE 63] and the Magistrate Judge's Report and Recommendation [DE 67]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is

ORDERED and ADJUDGED that the Report and Recommendation is hereby adopted and the motion is DENIED AS MOOT.

DONE and ORDERED in West Palm Beach, Florida, this 5th day of January, 2009.

        KENNETH A. MARRA
        UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel